IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>) 4:05CR3019<br>   v. )<br>)<br>TERESA MARIE JONES, )<br>) ORDER<br>        Defendant. )<br>) | |

IT IS ORDERED:

Defendant's motion for appointment of different counsel, filing 27, is denied.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge