IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| TERESA MARIE JONES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the defendant's motion for mental evaluation (filing 97).  Having considered the matter,

IT IS ORDERED that the defendant's motion for mental evaluation (filing 97) is granted.  The cost of the psychiatric evaluation shall not exceed $1,500.

December 6, 2005.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge