IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TERESA JONES, | ) | |
| | ) | |
| Defendant. | ) | |

  IT IS ORDERED that the defendant's motion to seal her motion for departure is granted.

  January 18, 2006.      BY THE COURT:

                s/ *Richard G. Kopf*
                United States District Judge