```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3019 |
| v. | ) | |
| | ) | |
| TERESA MARIE JONES, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Defendant's motion for change of residence, filing 152, is granted.

2. The clerk is directed to remove filing number 152 from the public docket sheet and file it as a sealed pleading pursuant to the E-Government Act.

DATED this 3rd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge